**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

GARY KEY,                                              )
                                                       )
      Plaintiff,                     )
                                                       )
v.                                                     )          Civil No.  3:14-1648
                                                       )          Judge Trauger
ABF FREIGHT SYSTEM, INC.,                              )
                                                       )
      Defendant.                     )

## <u>O R D E R</u>

Upon the reassignment of this case to Judge Trauger, it is hereby **ORDERED** that the

reference to the Magistrate Judge is **WITHDRAWN**, and the initial case management

conference scheduled before her is **CANCELLED**.

The Clerk shall issue Judge Trauger's standard Notice, setting this case for an initial case

management conference before her on October 6, 2014 at 1:00 p.m.

It is so **ORDERED**.

ENTER this 20th day of August 2014.

_____
     ALETA A. TRAUGER
     U.S. District Judge